**Decision One Mortgage**
*Member HSBC ❿ Group*

Date: _____ SEPTEMBER 1, 2006 _____ Loan Number: _____ Redacted

Borrower Name: __KENNETH J. TAGGART__

Property Address: __45 HERON ROAD, HOLLAND, PENNSYLVANIA  18966-2109__

# 5 YEAR INTEREST ONLY ADJUSTABLE RATE MORTGAGE LOAN PROGRAM DISCLOSURE
## 2 YEAR LIBOR ARM

This disclosure describes the ~~features of an~~ Adjustable Rate Mortgage (ARM) program you are considering, which is called the 5 YEAR INTEREST ONLY/2 YEAR LIBOR ARM. The interest rate and payment amount may each change during the term of this loan. Information on other ARM programs available from the lender will be provided upon request.

## HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED:

- Beginning on the first Interest Rate Change Date, your interest rate will be based on an index rate plus a margin. Please ask us for our current interest rate and margin.
- Your initial interest rate will not be equal to an index rate plus a margin. If the initial interest rate is below the then current index plus margin ("the fully indexed rate"), then the initial interest rate will be a "discounted" interest rate. Please ask us about the amount of the current discount.
- The index rate is the average of interbank offered rates for six-month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in The Wall Street Journal. If this index is no longer available at any Interest Rate Change Date, the lender will choose a new index that is based on comparable information and will give you notice of this change.
- When your interest rate changes, your new interest rate will equal the index rate, which is the most recently available index rate as of the first business day of the month immediately preceding the Interest Rate Change Date, plus the margin rounded to the nearest one-eighth percent (.125%).
- Payments made during the first 5 (five) years will be applied towards interest only. This means that the regular monthly payments will not reduce the principal balance during the first 5 (five) years of your loan.
- Beginning in year 6 (six), payments will be applied towards principal and interest.
- During the period that you make payments of interest only, your payment will be based on the interest rate and loan balance. After that period, your payment will be based on the interest rate, loan balance and remaining loan term. Therefore, NO NEGATIVE AMORTIZATION WILL EVER OCCUR under this loan program.

## HOW YOUR INTEREST RATE CAN CHANGE

- Your interest rate can change on your 24th payment date and every 6 months thereafter (the "Interest Rate Change Date") to a rate equal to the index value plus the margin, rounded to the nearest .125%, subject to the following limits:
  - Your interest rate cannot increase by more than three percentage points (3.00%) at the first Interest Rate Change Date and cannot increase or decrease by more than one percentage point (1.00%) at each Interest Rate Change Date thereafter (the "Periodic Rate Cap").
  - Your interest rate over the life of the loan cannot increase by more than six percentage points (6.00%) above the initial interest rate (the "Lifetime Rate Cap").
  - Your interest rate will never be less than a minimum, or floor, rate equal to the initial interest rate (the "Lifetime Floor Rate").



1



NOTICE TO BORROWER(S) REQUIRED BY FEDERAL LAW AND FEDERAL RESERVE BOARD REGULATION Z

BORROWERS KENNETH J. TAGGA~
ADDRESS 45 HERON ROAD
CITY/STATE/ZIP HOLLAND, PENNSYLVANIA 18966-2109

DATE: SEPTEMBER 15, 2006

LOAN NO.: ~~~~~~~~~~~ *Redacted*

LENDER: Decision One Mortgage Company, LLC
3023 HSBC Way
Fort Mill, SC 29715

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 11.4442    % | $  1,039,053.24 | $   379,867.01 | $   1,418,920.25 |

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 24 | 2,790.67 | MONTHLY COMMENCING 11-01-06 AND ON THE SAME DAY OF EACH MONTH THEREAFTER | 1 | 4,011.67 | 10-01-36 |
| 6 | 3,596.17 | 11-01-08 | | | |
| 6 | 3,876.20 | 05-01-09 | | | |
| 323 | 4,034.36 | 11-01-09 | | | |

*[handwritten right margin: + Failed to TOTAL PAYMENTS]*

*[handwritten right margin: + Failed to disclose when each payment is due]*

DEMAND FEATURE: ☑ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature:
☐ All disclosures are based on an assumed maturity date of one year.

VARIABLE RATE FEATURE: ☑ This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: ☑ You are giving a security interest in the property located at: 45 HERON ROAD, HOLLAND, PENNSYLVANIA 18966-2109
☐ You are giving a security interest in the goods or property being purchased.
☐ Other:

ASSUMPTION: A subsequent purchaser of this property: ☑ cannot assume the remainder of the mortgage on the original terms.
☐ may under certain circumstances, be allowed to assume the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: 129.50

INSURANCE: Credit life, accident, health or loss of income insurance is not required in connection with this loan. This loan transaction requires the following insurance; ☑ Hazard Insurance    ☐ Flood Insurance    ☐ Private Mortgage Insurance
You may obtain property insurance from anyone you want that is acceptable to Lender.

LATE CHARGES: If your payment is more than 15 days late, a late charge of 5.0% of the overdue payment amount will be due from you.

PREPAYMENT: If you payoff your loan early you: ☑ may ☐ will not be charged a penalty to prepay this loan in full or in part.
☐ may ☑ will not be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, right to accelerate before scheduled maturity date, pre-payment refunds and penalties, and further information regarding security interests and the policy regarding assumption of the obligation.
(e) appearing by a date or figure means it is an estimate.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure along with copies of documents referred to in this disclosure.

_____  9/15/06    _____
KENNETH J. TAGGART    BORROWER / DATE    BORROWER / DATE

_____    _____
BORROWER / DATE    BORROWER / DATE

(A2)

(A2)

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0308 2040 0000 2239 9374

Brant Rove
C/o John Livican
130 N. 18th St    1 Logan Sq
Phila PA 19103

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 152, May 2002

---

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0308 2040 0000 2239 9343

Americas Serving Company
P.O. Box 10328
Des Moines, IA 50306-0328

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 152, May 2002

---

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0308 2040 0000 2239 9350

Wells Fargo Home Mortgage Inc.
MAC x2401-049   1-Home Campus
Des Moines IA 50328

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 152, May 2002

---

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0308 2040 0000 2239 9367

Wells Fargo C/o Deutshe Bank
MAC x2401-049              Nat
1 Home Campus        Trust
Des Moine IA 50328

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 152, May 2002

---

A3

A3

September 11,2009
Kenneth J Taggart
45 Heron Rd
Holland, Pa 18966

RE; Loan for 45 Heron Rd; Holland, Pa 18966
Loan # ~~██████~~

ASC - America's Servicing Company
P.O. Box 10328
Des Moines, IA. 50306-0328

Wells Fargo Home Mortgage, Inc.
Mac x2401-049
1 Home Campus
Des Moines, IA. 50328

Deutsche Bank National Trust Company
Trustee for Morgan Stanley ASB Capital, Inc.
Trust 2007-HE2
C/O Wells Fargo Home Mortgage Inc
Mac x2401-049
1 Home Campus
De Moines, IA. 50328

To Customer Service,

I Kenneth J Taggart would like to Rescind my loan due to recent discoveries
of irregularities and failure to disclose terms under The Federal Truth-In-Lending Act
And the Real Estate Settlement & Procedures Act, and outright fraud.

I Kenneth J Taggart would like to cancel my loan effective immediately.
Please take all necessary steps within 20 days after receipt of this notice to comply with
rescission. Please take necessary steps to complete rescission.

Kenneth J Taggart

September 11,2009

Cc; Blank Rome/Attorneys for defendants

Balance
Limit:
Past Due:
Payment
Status:        Paid satisfactorily


EXPERIAN

Credit line closed-consumer
Comments: request-reported by subscriber

## 24-Month Payment History

Date: Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar
      00  00  00  00  00  00  00  00  00  01  01  01  01  01  01  01  01  01  01  01  01  02  02  02

Experian:
AMERICAS SERVICING CO
                                    OK OK OK OK  OK OK ND OK OK OK OK

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | AMERICAS SERVICING CO | | |
| Account Number: | ~~████████~~ | | |
| Acct Type: | Conventional Real Estate Loan, Including Purchase Money First | | |
| Acct Status: | Open | | |
| Monthly Payment: | $3,189.00 | | |
| Date Open: | 9/1/2006 | | |
| Balance: | $377,258.00 | | |
| Terms: | 360 Months | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | $6,377.00 | | |
| Payment Status: | Past due 30 days | | |
| Comments: | Account in dispute-reported by subscriber | | |

*(handwritten, right margin)* J ones Payment Due June 1, 2008

## 24-Month Payment History

Date: Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun
      06  06  06  06  06  06  07  07  07  07  07  07 07 07  07  07  07  07  08  08  08  08  08  08

Experian:
BANK OF AMERICA
                          OK OK OK OK OK OK OK  OK OK OK OK OK OK OK OK OK  30

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | BANK OF AMERICA | | |
| Account Number: | ~~██~~ | | |
| Acct Type: | Check Credit Or Line Of Credit | | |
| Acct Status: | Closed | | |
| Monthly Payment: | $477.00 | | |
| Date Open: | 8/1/2007 | | |
| Balance: | $23,562.00 | | |
| Terms: | Revolving | | |
| High Balance: | $24,143.00 | | |
| Limit: | $25,000.00 | | |
| Past Due: | | | |
| Payment Status: | Current | | |
| Comments: | Credit line closed-grantor request-reported by subscriber | | |

## 24-Month Payment History

A5

short time, opening many new accounts will lower your average account age and may have a negative impact.

| Length of Credit History | 18 Years, 7 Months |
| Average Account Age | 4 Years, 5 Months |
| Oldest Account | CITI~~~~~~~~~~~~~~~~~~~ |
| Most Recent Account | GE~~~~~~~~ (Opened~~~~~~) |

*Equifax*

## Inquiries - Requests for your Credit History

Numerous inquires on your credit file for new credit may cause you to appear risky to lenders, so it is usually better to only seek new credit when you need it. Typically, lenders distinguish between inquiries for a single loan and many new loans in part by the length of time over which the inquiries occur. So, when rate shopping for a loan it's a good idea to do it within a focused period of time.

| Inquiries in the Last 2 Years | 9 |
| Most Recent Inquiry | ~~~~~~~~~~~~~~~~~~~~~ |

## Potentially Negative Information

Late payments, collections and public records can have a negative impact on your credit standing. The more severe and recent they are, the more negative the potential impact might be.

| Public Records | 0 |
| Negative Accounts | 1 |
| Collections | 0 |

## Mortgage Accounts

Mortgage accounts include first mortgages, home equity loans, and any other loans secured by real estate you own.

### Open Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| AMERICA'S SERVICING | ~~~~~~~~~ | 09/2006 | $377,258 | 06/2008 | $6,377 | PAYS 31-60 DAYS | $0 |

AMERICA'S SERVICING CO

7495 New Horizon Way
Frederick, MD-217038388
(301) 636-7482

| Account Number: | ~~~~~~~~ | Current Status: | PAYS 31-60 DAYS |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | $382,500 |
| Type of Account  | Mortgage | Credit Limit: | $0 |
| Term Duration: | 360 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 2006/09 | Balance: | $377,258 |
| Date Reported: | 06/2008 | Amount Past Due: | $6,377 |
| Date of Last Payment: | 06/2008 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $3,189 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 16 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Conventional |

(A6)

## Consumer Statement

None Reported

*Trans Union*

## SUMMARY

| | | | |
|---|---|---|---|
| TOTAL ACCOUNTS: | 31 | OPEN ACCOUNTS: | 17 |
| CLOSED ACCOUNTS: | 14 | DELINQUENT: | 1 |
| DEROGATORY: | 0 | BALANCES: | 1574983 |
| PAYMENTS: | 11018 | PUBLIC RECORDS: | 0 |
| INQUIRIES (2 years): | 11 | | |

## ACCOUNT HISTORY

### At-a-glance viewing of your payment history

| | X | OK | 30 | 60 | 90 | 120 | 150 | PP | RF | CO |
|---|---|---|---|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late | 150+ days late | Payment plan | Repossession Foreclosure | Collection Chargeoff |

Real Estate Accounts: Primary and secondary mortgages on your home

### ASC

| | | | |
|---|---|---|---|
| Account No.: | 106112712**** | Condition: | Open |
| Balance: | $377258 | Type: | Conventional real estate mortgage |
| Pay Status: | Late 30 Days | Past Due: | $6377 |
| High Balance: | $382500 | Terms: | 360 months |
| Limit: | | Payment: | $0 |
| Opened: | 09/15/2006 | Reported: | 06/13/2008 |

https://www.truecredit.com/products/merge/viewPrintableReportSingle?printView=true&cb=TransUnion   6/26/2008

---

line Personal Credit Reports & Credit Scores - TrueCredit

Responsibility:   Individual

Late Payments (last 7 years):
30 Days Late:   0
60 Days Late:   0
90 Days Late:   0

Two Year Payment History:

TransUnion   OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

Jun Jul Aug Sep Oct Nov Dec '07 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec '08 Feb Mar Apr May

Remarks:

TransUnion] Account information disputed by consumer, meets FCRA requirements



A7

COUNTRYWIDE



Forwarding Service Requested

KENNETH J. TAGGART
45 HERON ROAD
HOLLAND, PENNSYLVANIA 18966-2109

Sept 5
post mark

Dear Applicant:

Please

Received
9/20/06

A8

A8

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| AMERICA'S SE RVICING | 106112712X XXX | 09/2006 | $374,9 35 | 09/2009 | $22,35 6 | 120+ DAYS PAST DUE | $0 |

## AMERICA'S SERVICING CO

7495 New Horizon Way
Frederick, MD-217038388
(301) 696-7482

| | | | |
|---|---|---|---|
| Account Number: | | Current Status: | 120+ DAYS PAST DUE |
| Account Owner: | Individual Account. | High Credit: | $382,500 |
| Type of Account 2: | Mortgage | Credit Limit: | $0 |
| Term Duration: | 30 Years | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 2006/09 | Balance: | $374,935 |
| Date Reported: | 09/2009 | Amount Past Due: | $22,356 |
| Date of Last Payment: | 02/2009 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $3,726 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 15 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Conventional RE Mortgage |
| Date of First Delinquency: | 03/2009 | | |
| Comments: | 180 Days past due | | |

## 81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | * | * | * | 30 | 60 | 90 | 120 | 150 | | | | |
| 2008 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | | | | | | | | | * | * | * | * |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BAC HOME LOA NS SERVI | 12639XXXX | 01/2006 | $263,7 12 | 08/2009 | $14,01 0 | 120+ DAYS PAST DUE | $0 |

## BAC HOME LNS LP/CTRYWDE

450 American St
Simi Valley, CA-930656285
(800) 669-6607

Redacted

| | | | |
|---|---|---|---|
| Account Number: | | Current Status: | Redacted |
| Account Owner: | Individual Account. | High Credit: | $270,000 |
| Type of Account 2: | Mortgage | Credit Limit: | $0 |
| Term Duration: | 30 Years | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 2006/01 | Balance: | $263,712 |

A9

```
            00 00 00 00 00 00 00 00 01 01 01 01 01 01 01 01 01 01 01 02 02 02 02
Experian:   OK OK OK OK OK OK ND OK OK OK OK OK OK OK OK OK OK OK ND OK OK OK OK
```

^Top of Page^

## AMERICAN EDUCATION SVC

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | AMERICAN EDUCATION SVC | | |
| Account Number: | | Redacted | |
| Acct Type: | Education Loan | | |
| Acct Status: | Closed | | |
| Monthly Payment: | | | |
| Date Open: | 10/1/1986 | | |
| Balance: | | See all 3 of your credit reports in 1! Plus, get your Free Credit Score! Order Now! | |
| Terms: | 107 Months | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | | | |
| Payment Status: | Paid satisfactorily | | |
| Comments: | Credit line closed-consumer request-reported by subscriber | | |

### 24- Month Payment History

? Legend

```
Date: Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar
      00  00  00  00  00  00  00  00  00  01  01  01  01  01  01  01  01  01  01  01  01  02  02  02
Experian:                                 OK  OK  OK  OK  OK  OK  ND  OK  OK  OK  OK  OK
```

^Top of Page^

## AMERICAS SERVICING CO

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | AMERICAS SERVICING CO | | |
| Account Number: | | Redacted | |
| Acct Type: | Conventional Real Estate Loan, Including Purchase Money First | | |
| Acct Status: | Open | | |
| Monthly Payment: | $3,726.00 | | |
| Date Open: | 9/1/2006 | See all 3 of your credit reports in 1! Plus, get your Free Credit Score! Order Now! | |
| Balance: | $374,935.00 | | |
| Terms: | 360 Months | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | $22,356.00 | | |
| Payment Status: | Past due 180 days | | |
| Comments: | | | |

### 24-Month Payment History

? Legend

```
Date: Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep
      07  07  07  08  08  08  08  08  08  08  08  08  08  08  09  09  09  09  09  09  09  09  09  09
Experian: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK  30  60  90 120 120 120
```

^Top of Page^

## BAC HOME LOANS SERVICI

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | BAC HOME LOANS SERVICI | | |
| Account Number: | | Redacted | |
| Acct Type: | Credit Line Secured, Revolving | | |
| Acct Status: | Closed | | |
| Monthly Payment: | | | |
| Date Open: | 10/1/2005 | | |
| Balance: | | See all 3 of your credit reports in 1! Plus, get your Free Credit Score! Order Now! | |
| Terms: | Revolving | | |
| High Balance: | $43,300.00 | | |
| Limit: | $43,300.00 | | |
| Past Due: | | | |
| Payment Status: | Paid satisfactorily | | |
| Comments: | Credit line closed-consumer request-reported by subscriber | | |

(A10)   Redacted

More about **ASC**

Close window

|  | TransUnion | Experian | Equifax |  |
|---|---|---|---|---|
| Past Due: | $22356 |  |  | Remarks: |
| High Balance: | $382500 |  |  | [TransUnion] |
| Terms: | 360 months |  |  | [Experian] |
| Limit: |  |  |  | [Equifax] |
| Payment: | $3726 |  |  |  |
| Opened: | 09/15/2006 |  |  |  |
| Reported: | 09/08/2009 |  |  |  |
| Responsibility: | Individual |  |  |  |

Late Payments (last 7 years):

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| 30 days late: | 1 |  |  |
| 60 days late: | 1 |  |  |
| 90 days late: | 3 |  |  |

All

Redacted



PO Box 10328
Des Moines, IA 50306-0328

September 21, 2009

Kenneth J Taggart
45 Heron Rd
Holland, PA 18966

Dear Kenneth J Taggart:

RE:    Loan Number ▓▓▓▓▓▓▓

America's Servicing Company (ASC) has received your correspondence dated
September 11, 2009, received on September 16, 2009, regarding your mortgage loan. I have
reviewed the information presented and would like to provide you with the details of my research.

Our records indicate your extended right to rescind this loan expired on September 15, 2009.
Therefore, this loan no longer qualifies for rescission.

If you have additional questions, please call our Customer Relations Department at
(800) 842-7654. A representative will be able to assist you Monday through Friday between the
hours of 8 a.m. and 6 p.m., in your time zone.

Sincerely,


Melissa Scheetz
Written Correspondence


A-12

DC003/hth

 UNITED STATES POSTAL SERVICE®

*Wells Fargo / Deutsche Bank*

Home | Help | Sign In

Track & Confirm    FAQs

*Received 9/15/09*

## Track & Confirm

### Search Results

Label/Receipt Number: **0308 2040 0000 2239 9367**
Class: **Priority Mail®**
Service(s): **Delivery Confirmation™**
Status: **Delivered**

Your item was delivered at 5:44 AM on September 15, 2009 in DES MOINES, IA 50328.

Detailed Results:

- **Delivered, September 15, 2009, 5:44 am, DES MOINES, IA 50328**
- **Arrival at Pick-Up-Point, September 15, 2009, 5:40 am, DES MOINES, IA 50306**
- **Arrival at Post Office, September 15, 2009, 5:37 am, DES MOINES, IA 50318**
- **Acceptance, September 11, 2009, 4:44 pm, SOUTHAMPTON, PA 18966**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >

Track & Confirm

Enter Label/Receipt Number.

Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

A 13

**UNITED STATES**
**POSTAL SERVICE** ®

*Americas Servicing Company*                    Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

*Received 9/15/09*

### Search Results

Label/Receipt Number: **0308 2040 0000 2239 9343**
Class: **Priority Mail** ®
Service(s): **Delivery Confirmation** ™
Status: **Delivered**

Track & Confirm

Enter Label/Receipt Number.

Your item was delivered at 5:45 AM on September 15, 2009 in DES
MOINES, IA 50306.

Go >

Detailed Results:

- **Delivered, September 15, 2009, 5:45 am, DES MOINES, IA 50306**
- **Arrival at Pick-Up-Point, September 15, 2009, 5:40 am, DES MOINES, IA 50306**
- **Arrival at Post Office, September 15, 2009, 5:37 am, DES MOINES, IA 50318**
- **Acceptance, September 11, 2009, 4:42 pm, SOUTHAMPTON, PA 18966**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

A14

 UNITED STATES POSTAL SERVICE®

*Wells Fargo*

Home | Help | Sign In

Track & Confirm       FAQs

## Track & Confirm

*Received 9/15/09*

### Search Results

Label/Receipt Number: **0308 2040 0000 2239 9350**
Class: **Priority Mail®**
Service(s): **Delivery Confirmation™**
Status: **Delivered**

Track & Confirm

Enter Label/Receipt Number.

Your item was delivered at 5:44 AM on September 15, 2009 in DES MOINES, IA 50328.

( Go > )

Detailed Results:

• **Delivered, September 15, 2009, 5:44 am, DES MOINES, IA 50328**
• **Arrival at Pick-Up-Point, September 15, 2009, 5:40 am, DES MOINES, IA 50306**
• **Arrival at Post Office, September 15, 2009, 5:37 am, DES MOINES, IA 50318**
• **Acceptance, September 11, 2009, 4:43 pm, SOUTHAMPTON, PA 18966**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*A15*

Case 2:09-cv-01281-MAM   Document 26-4   Filed 04/12/10   Page 16 of 18

 **UNITED STATES**
**POSTAL SERVICE®**

*Blank Rone*

Home | Help | Sign in

Track & Confirm        FAQs

## Track & Confirm

*Received  9/12/09*

### Search Results

Label/Receipt Number: **0308 2040 0000 2239 9374**
Class: **Priority Mail®**
Service(s): **Delivery Confirmation™**
Status: **Delivered**

Track & Confirm

Enter Label/Receipt Number.

Your item was delivered at 10:55 AM on September 12, 2009 in
PHILADELPHIA, PA 19103.

Go >

Detailed Results:

• **Delivered, September 12, 2009, 10:55 am, PHILADELPHIA, PA 19103**
• **Sorting Complete, September 12, 2009, 10:07 am, PHILADELPHIA, PA 19103**
• **Arrival at Post Office, September 12, 2009, 9:13 am, PHILADELPHIA, PA 19104**
• **Processed through Sort Facility, September 12, 2009, 12:45 am, PHILADELPHIA, PA 19176**
• **Acceptance, September 11, 2009, 4:42 pm, SOUTHAMPTON, PA 18966**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map      Customer Service      Forms      Gov't Services      Careers      Privacy Policy      Terms of Use      Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA

*A16*

Property Add.: 2 Club Road, Southampton, PA 18966

Prepared By: Community Lending   Ph. 215-887-1900

726 Fitzwatertown Road  Suite 6, Willow Grove, PA 19090

Date Prepared: 08/24/2006

Loan Program:

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates-actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

| Total Loan Amount $ | 391,500 | Interest Rate: | 7.990 % | Term: | 360 / 360 mths | | |
|---|---|---|---|---|---|---|---|
| **800** | **ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | | | | | PFC S F POC |
| 801 | Loan Origination Fee | 0.000% | | | | $ | |
| 802 | Loan Discount | 0.000% | | | | | |
| 803 | Appraisal Fee | | | | | | |
| 804 | Credit Report | | | | | (275.00) | ✓ |
| 805 | Lender's Inspection Fee | | | | | 60.00 | |
| 808 | Mortgage Broker Fee | | | | | | |
| 809 | Tax Related Service Fee | | | | | | |
| 810 | Processing Fee | | | | | | |
| 811 | Underwriting Fee | | | | | 500.00 | |
| 812 | Wire Transfer Fee | | | | | | |
| | INVESTOR FEE INC. UNDERWRITING & APPLICATION | | | | | 995.00 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **1100** | **TITLE CHARGES:** | | | | | | PFC S F POC |
| 1101 | Closing or Escrow Fee: | | | | | $ | |
| 1105 | Document Preparation Fee | | | | | 125.00 | |
| 1106 | Notary Fees | | | | | 50.00 | |
| 1107 | Attorney Fees | | | | | | |
| 1108 | Title Insurance: | | | | | 2,100.00 | |
| | ENDORSEMENTS | | | | | 150.00 | |
| | | | | | | | |
| | | | | | | | |
| **1200** | **GOVERNMENT RECORDING & TRANSFER CHARGES:** | | | | | | PFC S F POC |
| 1201 | Recording Fees: | | | | | $ | |
| 1202 | City/County Tax/Stamps: | | | | | 135.00 | |
| 1203 | State Tax/Stamps: | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **1300** | **ADDITIONAL SETTLEMENT CHARGES:** | | | | | | PFC S F POC |
| 1302 | Pest Inspection | | | | | $ | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | ***Estimated Closing Costs*** | 4,105.00 | |
| **900** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | | | | PFC S F POC |
| 901 | Interest for | 20 | days @ $ | 86.8912 | per day | $ 1,737.82 | |
| 902 | Mortgage Insurance Premium | | | | | | |
| 903 | Hazard Insurance Premium | | | | | | |
| 904 | | | | | | | |
| 905 | VA Funding Fee | | | | | | |
| **1000** | **RESERVES DEPOSITED WITH LENDER:** | | | | | | PFC S F POC |
| 1001 | Hazard Insurance Premium | | 3 months @ $ | 95.00 | per month | $ 285.00 | |
| 1002 | Mortgage Ins. Premium Reserves | | months @ $ | | per month | | |
| 1003 | School Tax | | months @ $ | | per month | | |
| 1004 | Taxes and Assessment Reserves | | 8 months @ $ | 350.00 | per month | 2,800.00 | |
| 1005 | Flood Insurance Reserves | | months @ $ | | per month | | |
| | | | months @ $ | | per month | | |
| | | | months @ $ | | per month | | |
| | | | | | ***Estimated Prepaid Items/Reserves*** | 4,822.82 | |
| **TOTAL ESTIMATED SETTLEMENT CHARGES** | | | | | | 8,927.82 | |
| **COMPENSATION TO BROKER** (Not Paid Out of Loan Proceeds): | | | | | $ | | |

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | | | | | | TOTAL ESTIMATED MONTHLY PAYMENT: | |
|---|---|---|---|---|---|---|---|
| Purchase Price/Payoff (+) | 326,467.00 | New First Mortgage(-) | | | Principal & Interest | 2,869.96 | |
| Loan Amount (-) | 391,500.00 | Sub Financing(-) | | | Other Financing (P & I) | | |
| Est. Closing Costs (+) | 4,105.00 | New 2nd Mtg Closing Costs(+) | | | Hazard Insurance | 95.00 | |
| Est. Prepaid Items/Reserves (+) | 4,822.82 | | | | Real Estate Taxes | 350.00 | |
| Amount Paid by Seller (-) | | | | | Mortgage Insurance | | |
| | | | | | Homeowner Assn. Dues | | |
| | | | | | Other | | |
| **Total Est. Funds To you** | | | | 56,105.18 | **Total Monthly Payment** | **3,314.96** | |

☑ This Good Faith Estimate is being provided by **Community Lending** a mortgage broker, and no lender has been obtained.  These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the Consumer Handbook on ARM Mortgages.

Applicant _Kenneth J Taggart_   Date   Applicant   Date

Calyx Form gfe.frm 11/01

A17



Loan Number ~~XXXXXXXX~~

True & Certified Copy

# ADJUSTABLE RATE NOTE
### (LIBOR Index - Rate Caps)

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

| SEPTEMBER 15 , 2006 | PHILA | , PENNSYLVANIA |
|---|---|---|
| [Date] | [City] | [State] |

45 HERON ROAD, HOLLAND, PENNSYLVANIA 18966-2109

[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $382,500.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is Decision One Mortgage Company, LLC. I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 7.94%. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the 1ST day of each month beginning on NOVEMBER 1, 2006. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on OCTOBER 1, 2036, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at 3023 HSBC Way, Fort Mill, South Carolina 29715 or at a different place if required by the Note Holder.

### (B) Amount of My Initial Monthly Payments

Each of my initial monthly payments will be in the amount of U.S. $2,790.67. This amount may change.

### (C) Monthly Payment Changes

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

## 4. INTEREST RATE AND MONTHLY PAYMENT CHANGES

### (A) Change Dates

The interest rate I will pay may change on the 1ST day of OCTOBER, 2008 and on that day every sixth month thereafter. Each date on which my interest rate could change is called a "Change Date."

### (B) The Index

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six-month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

### (C) Calculation of Changes

Before each Change Date, the Note Holder will calculate my new interest rate by adding SIX AND 94/100THS percentage points (6.94%) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

### (D) Limits on Interest Rate Changes

The interest rate I am required to pay at the first Change Date will not be greater than 10.94% or less than 7.94%. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than one percentage point (1%) from the rate of interest I have been paying for the preceding six months. My interest rate will never be greater than 13.94% or less than 7.94%.

### (E) Effective Date of Changes

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

MULTISTATE ADJUSTABLE RATE NOTE (LIBOR Index)--Single Family--Freddie Mac MODIFIED INSTRUMENT  Form 3590 1/01

*(page 1 of 3 pages)*


A18