**(F) Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**5. BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

**6. LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

**7. BORROWER'S FAILURE TO PAY AS REQUIRED**

(A) Late Charges for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of FIFTEEN calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5.0 % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

(C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

(D) No Waiver by Note Holder

Even if, at a time I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**8. GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**9. OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**10. WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**11. UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

MULTISTATE ADJUSTABLE RATE NOTE (LIBOR Index)--Single Family--Freddie Mac MODIFIED INSTRUMENT  Form 3590  1/01         (page 2 of 3 pages)

Transfer of the Property or a Beneficial Interest in Borrower. If any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
KENNETH J. TAGGART                     -Borrower

_____ (Seal)
                                       -Borrower

_____ (Seal)
                                       -Borrower

[Sign Original Only]

True & Certified Copy

PAY TO THE ORDER OF

WITHOUT RECOURSE

DECISION ONE MORTGAGE COMPANY, LLC

BY: _Deidre Theyken_   Deidre Theyken
                       Asst. Secretary

MULTISTATE ADJUSTABLE RATE NOTE (LIBOR Index)--Single Family--Freddie Mac MODIFIED INSTRUMENT   Form 3590 1/01   (page 3 of 3 pages)

A20

| | | | PAID FROM FUNDS AT SETTLEMENT | PAID FROM FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % | | | | |
| Division of Commission (line 700) | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. to | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee % to | | | | |
| 802. Loan Discount % to | | | | |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | | |
| 805. Broker Processing Fee to Community Lending | | | 550.00 | |
| 806. Broker Fax Fee to Community Lending | | | 35.00 | |
| 807. Underwriting Fee to Decision One Mortgage Company, LLC | | | 999.00 | |
| 808. Broker Ovnt Fee to Community Lending | | | 20.00 | |
| 809. Yield Spread Premium Community Lending | $3825.00 POCL | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 09/20/06 to 10/01/06 @ $ 84.362500/day ( 11 days %) | | | 927.99 | |
| 902. Mortgage Insurance Premium months | | | | |
| 903. Hazard Insurance Premium 1.0 years | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance 3.000 months @ $ 88.85 per month | | | 266.55 | |
| 1002. Mortgage Insurance months @ $ per month | | | | |
| 1003. City/Town Taxes 8.000 months @ $ 13.68 per month | | | 109.44 | |
| 1004. County Taxes 8.000 months @ $ 47.54 per month | | | 380.32 | |
| 1005. School Taxes 4.000 months @ $ 211.47 per month | | | 845.88 | |
| 1006. months @ $ per month | | | | |
| 1007. Aggregate Acounting Adjustmen months @ $ per month | | | | |
| 1008. months @ $ per month | | | -517.57 | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Tax Certifications to Suburban Abstract | | | 35.00 | |
| 1102. Domestic Relations Search to | | | | |
| 1103. Title Examination to | | | | |
| 1104. Title Insurance Binder to | | | | |
| 1105. Document Preparation to | | | | |
| 1106. Notary Fees/clerical to Valerie Schlechter | | | | |
| 1107. Attorney's Fees to | | | 35.00 | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance to Suburban Abstract Affiliates, L.P. | | | 2,046.38 | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage $ 382,500.00 | 2,046.38 | | | |
| 1110. Owner's Coverage $ | | | | |
| 1111. PA Endorsments 100, 300, 8.1 to Suburban Abstract Affiliates, L.P. | | | | |
| 1112. In Coming Wire Fee to Suburban Abstract Affiliates, L.P. | | | 200.00 | |
| 1113. Electronic Doc Fee to Suburban Abstract Affiliates, L.P. | | | 15.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | 50.00 | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 129.50; Releases $ | | | 129.50 | |
| 1202. City/County Tax/Stamps: Bucks County ; Mortgage | | | | |
| 1203. State Tax/Stamps: Bucks County ; Mortgage | | | | |
| 1204. Overnight Fee to Suburban Abstract Associates | | | 36.00 | |
| 1205. Closing Protection Letter to Lawyers Title Insurance Corporation | | | 35.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey to | | | | |
| 1302. Pest Inspection to | | | | |
| 1303. Credit Account to Bank of America 442711500053 | | | 5,567.00 | |
| 1304. Credit Account to Cap 1 Bank 412174161711 | | | 758.00 | |
| 1305. See addit'l disb. exhibit to | | | 4,079.00 | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 16,602.49 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

_Valerie Schlechter_
Settlement Agent

A21

( STA-57011-V / STA-57011-V / 35 )



Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

June 12, 2008

003819 1 AB 0.351   3819/003819/005494 022 01 AC021C RS250 106
Kenneth J Taggart
45 Heron Rd
Holland PA  18966-2109

Dear Kenneth J Taggart :

RE: Loan Number ▓▓▓▓▓▓▓▓                              Client 106

Thank you for taking the time to contact our office regarding your mortgage loan. While we aim at completing our research requests within 15 business days, on occasion we are unable to meet our goal. Your request should be completed within 60 calendar days from the date we received your request.

We sincerely appreciate your patience and understanding while your request is being processed and researched. If you have any questions in the interim, please contact our Customer Relations department at (800)842-7654 from Mon - Fri 8am-6pm In Your Time Zone.

Sincerely,

America's Servicing Company

A22



A23

May 29, 2008
Kenneth Taggart
45 Heron Rd
Holland, Pa. 18966

Acct # ~~[redacted]~~

Re: 45 Heron Rd
    Holland, Pa 18966

America's Serviving Comapny
Billing Inquiries/Customer Service
P.O. Box 10388
Des Moines, IA. 50306-0388

Dear Sir or Madam:

    This is a follow up letter from March 26, 2008. I am writing you to dispute the amount of my mortgage balance, my escrow balance, as well as my monthly payment which would be a reflection of my mortgage balance and escrow balance; I believe these balances are not correct. I also believe the adjustment on my interest rate is incorrect. Please verify all information and provide me with escrow payments as well as data to support the interest rate adjustments and all other fees and charges regarding my mortgage balance, interest rate, escrow balance, and total montly payment with Principal, Interest, Taxes, & Insurance. Please adjust any finance charges relating to late fees, escrow adjustments, principal adjustments or monthly paymensts and send me a new statement. Please investigate the matter and correct any billing error as soon as possible.

    There is also a payment that was not credited to my account sent May 16, 2008 in the amount of: $3,328.08. enclosed is a copy of the check sent.

    Also, as a reminder, Creditors must follow the "Fair Credit Billing Act", as well as the "Fair Credit Billing Act" when resolving a dispute. As per the laws indicated a creditor must not report the disputed payment as late and must submit this to the credit bureau as a disputed account.

    I hope this can get resolved as soon as possible. Pleas call me with any questions regarding this matter at: 267-987-3466

Your cooperation is greatly appreciated.

Sincerely,

Kenneth J Taggart

A24

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **EH24 2457 707U S**
Status: **Delivered**

Your item was delivered at 10:31 AM on May 30, 2008 in DES MOINES, IA 50328 to ONE HOME CAMPU 50328. The item was signed for by S WAGNER.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

A25

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

6/21/2008

```
KENNETH TAGGART          01-04                                      708
45 HERON RD                                                    3-180/360
HOLLAND PA 18966                      Date 5/16/08                   361

Pay to the
Order of    America's Service Company        $ 3,328.08

Three Thousand Three Hundred Twenty eight   Dollars
                                      08/100

For _____          [signature]
```

A26

 Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

## Monthly Mortgage Statement

| | |
|---|---|
| Statement Date | 05/20/08 |
| Loan Number |  |

### Customer Service

**Online**
www.mortgageaccountonline.com

**Telephone**
800-842-7654

**Hours of Operation**
Mon - Fri, 8 AM - 6 PM,
in your time zone

**Fax**
866-453-6315

**Payments**
PO Box 1820
Newark NJ 07101

**Correspondence**
PO Box 10328
Des Moines IA 50306

KENNETH J TAGGART
45 HERON RD
HOLLAND PA 18966-2109

### Important Messages

Your mortgage statement has a new look. It provides the information you need in a new easy-to-read format.

### Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $3,188.55 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment 06/01/08** | **$3,188.55** |
| Overdue Payments 05/01/08 | $3,188.55 |
| Unpaid Late Charge(s) | $139.53 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT DUE 06/01/08** | **$6,516.63** |

**Property Address**
45 HERON RD
HOLLAND PA 18966

| | |
|---|---|
| Unpaid Principal Balance | $377,551.18 |
| (Contact Customer Service for your payoff balance) | |
| Interest Rate | 7.940% |
| Interest Paid Year-to-Date | $10,011.62 |
| Taxes Paid Year-to-Date | $1,123.20 |
| Escrow Balance | $1,789.44 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 05/16 | LATE FEE | | | | | $139.53 | |

Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.



---

Please detach and return with your payment



Loan Number
Total Payment Due 06/01/08   $6,516.63
After 06/16/08 Add Late Fee   $139.53
Total Amount Due After 06/16/08   $6,656.16

Check here and see reverse for address correction.

KENNETH J TAGGART

4258/092258/008515 352 01 ACMY12 106 012

AMERICA'S SERVICING CO.
PO BOX 1820
NEWARK NJ 07101-1820

092258/008515 ACMY12 4258 ETM1C012 1

| | |
|---|---|
| Monthly Payment & current amt | $ |
| Late Charges | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Charges | $ |
| Total Amount Enclosed Please do not send cash | $ |





A28

June 21, 2008
Kenneth Taggart
45 Heron Rd
Holland, Pa 18966

America's Servicing Company
P.O. Box #10328
Des Moines, Ia. 50306

Re: Acct # ~~[redacted]~~

To whom it may concern,

    I am writing you to follow up on a letter dated: May 29, 2008; This letter indicated some items in dispute. Since writing that letter, there has been a derogatory entry entered on my credit report indicating a late payment. This is in violation of the : "Fair Credit Reporting Act", and The "Fair Credit Billing Act".

    Pleasse remove the derogatory rating and resolve the issues indicated in the letter. If this is not resolved in a timely manor, I will have no other choice but to take legal action to resolve this matter.

    You may contact me with any question regarding this matter at: 267-987-3466.  Your cooperation is greatly appreciated.

Yours Truely,

Kenneth Taggart

*[signature]*

A29

May 29, 2008
Kenneth Taggart
45 Heron Rd
Holland, Pa. 18966

Acct # ████████

Re: 45 Heron Rd
    Holland, Pa 18966

America's Serviving Comapny
Billing Inquiries/Customer Service
P.O. Box 10388
Des Moines, IA. 50306-0388

Dear Sir or Madam:

    This is a follow up letter from March 26, 2008. I am writing you to dispute the amount of my mortgage balance, my escrow balance, as well as my monthly payment which would be a reflection of my mortgage balance and escrow balance; I believe these balances are not correct. I also believe the adjustment on my interest rate is incorrect. Please verify all information and provide me with escrow payments as well as data to support the interest rate adjustments and all other fees and charges regarding my mortgage balance, interest rate, escrow balance, and total montly payment with Principal, Interest, Taxes, & Insurance. Please adjust any finance charges relating to late fees, escrow adjustments, principal adjustments or monthly paymensts and send me a new statement. Please investigate the matter and correct any billing error as soon as possible.

    There is also a payment that was not credited to my account sent May 16, 2008 in the amount of: $3,328.08. enclosed is a copy of the check sent.

    Also, as a reminder, Creditors must follow the "Fair Credit Billing Act", as well as the "Fair Credit Billing Act" when resolving a dispute. As per the laws indicated a creditor must not report the disputed payment as late and must submit this to the credit bureau as a disputed account.

    I hope this can get resolved as soon as possible. Pleas call me with any questions regarding this matter at: 267-987-3466

Your cooperation is greatly appreciated.

Sincerely,

Kenneth J Taggart

A30

USPS Express Mail label, tracking number EH 242457707 US. Form blank. Label 11-B, March 2004.

A31

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **0307 1790 0003 4259 9654**
Status: **Delivered**

Your item was delivered at 7:07 AM on June 24, 2008 in DES MOINES, IA 50306.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

A32

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    6/26/2008

June 21, 2008
Kenneth Taggart
45 Heron Rd
Holland, Pa 18966

America's Servicing Co
P.O. Box #10328
Des Moines, Ia. 50306

Re: Acct # ███████

To whom it may concern,

    I am writing you to follow up on a letter dated: May 29, 2008; This letter indicated some items in dispute. Since writing that letter, there has been a derogatory entry entered on my credit report indicating a late payment. This is in violation of the: "Fair Credit Reporting Act", and The "Fair Credit Billing Act".

    Pleasse remove the derogatory rating and resolve the issues indicated in the letter. If this is not resolved in a timely manor, I will have no other choice but to take legal action to resolve this matter.

    You may contact me with any question regarding this matter at: 267-987-3466.   Your cooperation is greatly appreciated.

Yours Truely,

Kenneth Taggart

A33

May 29,2008
Kenneth Taggart
45 Heron Rd
Holland, Pa. 18966

Acct # ~~[redacted]~~

Re: 45 Heron Rd
    Holland, Pa 18966

America's Serviving Comapny
Billing Inquiries/Customer Service
P.O. Box 10388
Des Moines, IA. 50306-0388

Dear Sir or Madam:

    This is a follow up letter from March 26,2008. I am writing you to dispute the amount of my mortgage balance, my escrow balance, as well as my monthly payment which would be a reflection of my mortgage balance and escrow balance; I believe these balances are not correct. I also believe the adjustment on my interest rate is incorrect. Please verify all information and provide me with escrow payments as well as data to support the interest rate adjustments and all other fees and charges regarding my mortgage balance, interest rate, escrow balance, and total montly payment with Principal,Interest,Taxes, & Insurance. Please adjust any finance charges relating to late fees,escrow adjustments,principal adjustments or monthly paymensts and send me a new statement. Please investigate the matter and correct any billing error as soon as possible.

    There is also a payment that was not credited to my account sent May 16,2008 in the amount of: $3,328.08. enclosed is a copy of the check sent.

    Also, as a reminder,Creditors must follow the "Fair Credit Billing Act", as well as the "Fair Credit Billing Act" when resolving a dispute. As per the laws indicated a creditor must not report the disputed payment as late and must submit this to the credit bureau as a disputed account.

    I hope this can get resolved as soon as possible. Pleas call me with any questions regarding this matter at: 267-987-3466

Your cooperation is greatly appreciated.

Sincerely,

Kenneth J Taggart

A34

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: EH24 2457 707U S
Status: **Delivered**

Your item was delivered at 10:31 AM on May 30, 2008 in DES MOINES, IA 50328 to ONE HOME CAMPU 50328. The item was signed for by S WAGNER.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   ( Go > )



EH 242457707 US

USPS Express Mail — Customer Copy, Label 11-B, March 2004
Post Office To Addressee

A36



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®
Post Office To Addressee
Label 11-B, March 2004

EH 043619547 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code
Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day
Postage $
Date Accepted
Scheduled Date of Delivery — Month / Day
Return Receipt Fee $
Mo. Day Year
Scheduled Time of Delivery ☐ Noon ☐ 3 PM
COD Fee $    Insurance Fee $
Time Accepted ☐ AM ☐ PM
Military
Total Postage & Fees $
Flat Rate ☐ or Weight __ lbs. __ ozs.
☐ 2nd Day ☐ 3rd Day
Int'l Alpha Country Code
Acceptance Emp. Initials

FROM: (PLEASE PRINT)  PHONE ( )

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt  Mo. Day  Time ☐ AM ☐ PM  Employee Signature
Delivery Attempt  Mo. Day  Time ☐ AM ☐ PM  Employee Signature
Delivery Date  Mo. Day  Time ☐ AM ☐ PM  Employee Signature

FEASTERVILLE PA 19053  USPS

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

TO: (PLEASE PRINT)  PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811
EMS

A37