```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KENNETH J. TAGGART              :    CIVIL ACTION
                                :
     v.                         :
                                :
NORWEST MORTGAGE, INC.,         :
et al.                          :    No. 09-1281
```

ORDER

AND NOW, this 23rd day of October, 2012, upon consideration of the defendants' Motion for Summary Judgment (ECF No. 183) and the plaintiff's notification that he has withdrawn his claim under RESPA, the last remaining claim against the defendants (ECF No. 184); and whereas there are no remaining issues for this Court to decide; IT IS HEREBY ORDERED that the case is dismissed with prejudice.  The Court notes that the plaintiff has preserved his right to appeal the other claims that the Court previously dismissed.


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.