

# United States Court of Appeals
# For The Third Circuit

**Notice of Appeal to a Court of Appeals from Judgment or Order(s) of a District Court**

United States District Court for the Eastern District of Pennsylvania

File No. 09 -1281 File

Kenneth J Taggart, Pro Se
45 Heron Rd
Holland, Pa 18966
Plaintiff: - Appellant
v.

Wells Fargo Home Mortgage, Inc.
Mac X2401-049
1 Home Campus
Des Moines, IA. 50328

Norwest Mortgage, Inc.
America's Servicing Company
Mac 2406-011
1 Home Campus
Des Moines, IA. 50328

Blank Rome
John Lucian
One Logan Square
130 n 18th St
Philadelphia, Pa.19103

Deutsche Bank National Trust Company,
Trustee for Morgan Stanley ABS Capital I Inc.,
Trust 2007-HE2
                et al,
and Does

Defendant(s),

FILED
NOV 21 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Notice is hereby given that Kenneth J Taggart, Plaintiff, hereby appeals to The United States Court of Appeals For The Third Circuit from all "Order(s)" dated October 23,2012. Dockets #185)

Kenneth J Taggart, Pro Se                November 20, 2012

Plaintiff

<u>Certificate of Service</u>

Case # 09-CV-1281

The undersigned certifies that on November 21, 2012, he caused a copy of :

---

**Notice of Appeal to a Court of Appeals from Judgment or Order(s) of a District Court**

---

to be delivered to the court via personal service and delivered via U S Postal Service to:

Blank Rome
Gregory Vizza
John Lucian
130 n 18th St
1 Logan Square
Philadelphia, Pa 19103
Council for Defendants

**FILED**

NOV 2 1 2012

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Kenneth J Taggart

November 21, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH J. TAGGART : CIVIL ACTION
:
v. :
:
NORWEST MORTGAGE, INC., :
et al. : No. 09-1281

ORDER

AND NOW, this 23rd day of October, 2012, upon consideration of the defendants' Motion for Summary Judgment (ECF No. 183) and the plaintiff's notification that he has withdrawn his claim under RESPA, the last remaining claim against the defendants (ECF No. 184); and whereas there are no remaining issues for this Court to decide; IT IS HEREBY ORDERED that the case is dismissed with prejudice. The Court notes that the plaintiff has preserved his right to appeal the other claims that the Court previously dismissed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.